UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH THOMAS,

       Plaintiff,

Case No. 15-13157

Honorable John Corbett O'Meara

v.

NEJ PROPERTIES, L.L.C.,

       Defendant.
       _____/

## ORDER OF DISMISSAL

Counsel for plaintiff Deborah Thomas, deceased, filed Suggestion of Death on October 2, 2015.  Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure,

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative.  If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

To date, no timely motion for substitution has been made.  Therefore, it is hereby **ORDERED** that this action is **DISMISSED.**

                                                   s/John Corbett O'Meara
                                                   United States District Judge

Date:  February 17, 2016

     I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, February 17, 2016, using the ECF system.

                                                   s/William Barkholz
                                                 Case Manager